AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 23-8260MB ~~3733873-PMN~~ | Date and time warrant executed: 04/24/2023 @ 0859 hrs | Copy of warrant and inventory left with: USPS |
|---|---|---|
| **Inventory made in the presence of:** Inspector B. Hess and Inspector R. Firkin | | **USPS Tracking Number:** 9505513723753110775987 |

**Inventory of the property taken and name of any person(s) seized:**

Priority Mail Parcel Label No.9505513723753110775987, addressed to Sarah Williams, 89 Clay St., Rochester, NY 14613 with a return address of Janice Williams, 5316 W. Illini St., Phoenix, AZ 85043 contained the following:

- Approximately 101.3 grams of blue M30 pills (suspected fentanyl) in a clear plastic bag.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/24/2023

*Andrea Brandon*
Digitally signed by Andrea Brandon
Date: 2023.04.24 12:16:12 -07'00'

Executing officer's signature

Andrea Brandon, Postal Inspector
Printed name and title